UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INGUANZO, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-1098 DAD AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　On June 15, 2023, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of her prison trust fund account statement.  ECF No. 4.  At that time, she was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id. at 2.  The thirty-day period has now expired, and although plaintiff has filed an in forma pauperis application, plaintiff has not filed the trust fund account statement.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

1

objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE