UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INGUANZO, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-01098-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, IN PART<br><br>(Doc. No. 8, 11, 14) |

　　　　Plaintiff Georgia Miles was prisoner at the Sutter County Jail when she initiated this action proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

　　　　On October 13, 2023, the assigned magistrate judge screened plaintiff's complaint and found that "it fails to make any specific allegations against any individual and is largely unintelligible." (Doc. No. 14 at 3.)  The magistrate judge also concluded at that time that "[t]he contents of the complaint, along with plaintiff's subsequent declaration, are sufficiently unintelligible that it is clear that leave to amend would not result in a cognizable claim." (*Id.* at 4.)  Accordingly, findings and recommendations were issued recommending that plaintiff's complaint be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (*Id.*)  The magistrate judge also recommended that

plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. 8, 11) be denied. (Doc. No. 14 at 2) (quoting *Tripati v. First Nat. Bank & Tr.*, 821 F.2d 1368, 1370 (9th Cir. 1987)) ("A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit."). Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) On October 26, 2023, plaintiff submitted a copy of the findings and recommendations to the court on which she has handwritten somewhat difficult to decipher objections to parts of the pending findings and recommendations and complains generally of plaintiff's lack of law library access and the screening order. (Doc. No. 15.) Nonetheless, those objections do not meaningfully address the analysis set forth in the findings and recommendations nor do they provide a basis for declining to adopt them. Plaintiff does not request leave to amend her complaint nor does she proffer additional allegations she could assert and it therefore appears clear that granting leave to amend would be futile.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections to the pending findings and recommendations, the undersigned will adopt the findings and recommendations in full.

Accordingly,

1. The findings and recommendations issued on October 13, 2023 (Doc. No. 14) are adopted in full;
2. Plaintiff's requests for leave to proceed in forma pauperis (Doc. Nos. 8, 11) are denied;
3. Plaintiff's complaint is dismissed for failure to state a cognizable claim; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE